■ MARY PETROFF et al., Respondents, v. JOHN A. BRZEZINSKI, Appellant, et al., Defendant. (Action No. 1 and 4 Other Actions.) — Same decision as in companion case of *Petroff* v. *Brzezinski* (24 A D 2d 1072), decided herewith. (Appeals by defendant Brzezinski in five actions from certain parts of an order of Erie Trial Term insofar as it sets aside the verdict of the jury as to no cause of action and grants a new trial.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ COMMERCIAL STRUCTURES, INC., Appellant, v. NIAGARA MOHAWK POWER CORPORATION, Respondent.— Order unanimously reversed, with costs, and motion denied. Memorandum: The question of the existence of a direct causal relationship between the alleged negligent explosions and the increase in plaintiff's liability premium could not be resolved by the Special Term Justice on the motion for partial summary judgment herein, but represents a question of fact to be determined after a full exploration of the facts. (Appeal from order of Onondaga Special Term granting partial summary judgment to defendant.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.